IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAMIEN PARKER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14 cv 5396 |
| v. | ) ) ) | Hon. Rebecca R. Pallmeyer |
| CATAMARAN, LLC, CATAMARAN PBM OF ILLINOIS II, INC., and AEROTEK, INC., | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT**

Plaintiff, Damien Parker, individually and on behalf of a class of persons similarly situated, by his attorneys, respectfully moves for the entry of an Order granting final approval of the Parties' Class Action Settlement (the "Settlement Agreement"). In support of his motion, Plaintiff submits a supporting Memorandum of Law, the Declarations of Class Counsel, and the Declaration of Kelly Kratz as authorized agent of the Claims Administrator, and state as follows:

1. On April 22, 2015, this Court granted preliminary approval of the settlement of the Plaintiff's and the IMWL Class Members' claims (the "Settlement"). (Doc. No. 70).

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc*., 463 F.3d 646, 652 (7th Cir. 2005).

3. The Settlement in this case was achieved in good faith and through arms-length negotiations, and is not the product of fraud or collusion.

4. The Settlement offers substantial monetary relief to the IMWL Class Members.

5. The Settlement is overwhelmingly supported by class members. Only two of the 949 IMWL Class Members submitted a request for exclusion, and no Class Member objected to the Settlement. These facts show strong support for the Settlement.

6. Plaintiff has provided the IMWL Class Members with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize their due process rights.

7. Additionally, experienced Class Counsel have extensively analyzed the claims and issues herein, and certify that the Settlement is fair, reasonable, and adequate, and in the best interest of the IMWL Class Members. Thus, the Court should grant final approval of the Settlement, find the Settlement fair, reasonable, adequate, and in the best interests of the IMWL Class Members, approve Class Counsel's request for an award of attorneys' fees and costs, approve the Incentive Awards to the Named Plaintiff and the Opt-In Plaintiff, and enter the proposed final approval order dismissing this action.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter the proposed Final Approval and Dismissal Order attached as Exhibit 1 to Plaintiff's Memorandum of Law.

    Respectfully submitted,

    DAMIEN PARKER, individually and on behalf of a certified class of persons similarly situated,

    /s/ James X. Bormes
    One of Plaintiff's Attorneys

| | |
|---|---|
| James X. Bormes | Thomas M. Ryan |
| Catherine P. Sons | Law Office of Thomas M. Ryan, P.C. |
| Law Office of James X. Bormes, P.C. | 35 E. Wacker Drive, Suite 650 |
| 8 South Michigan Avenue, Suite 2600 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 726-3400 |
| (312) 201-0575 | |