IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAMIEN PARKER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 14 cv 5396 |
| v. ) ) | Hon. Rebecca R. Pallmeyer |
| CATAMARAN, LLC, CATAMARAN PBM OF ILLINOIS II, INC., and AEROTEK, INC., ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. ) | |

**PLAINTIFF'S UNOPPPOSED MOTION
TO APPROVE ADDITIONAL SETTLEMENTS**

Plaintiff, Damien Parker, individually and on behalf of all others similarly situated, by his attorneys, moves for an Order approving additional settlements in relation to the Collective and Class Action Settlement Agreement (the "Settlement Agreement") previously approved by this Court. In support, Plaintiff states as follows:

1. On March 18, 2015, the Parties participated in a full-day private mediation and reached a settlement of the unpaid wage claims Plaintiff asserted in this matter pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 *et seq*. (the "FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. (the "IMWL"), and the Illinois Wage Payment Collection Act, 820 ILCS 115/1 *et seq*. (the "IWPCA") (the "Settlement").

2. The Settlement contains two components: a Rule 23 settlement that applies to all employees who worked as telephone-dedicated employees for Defendants in Illinois during the class period, and a settlement pursuant to Section 216(b) of the FLSA that applies to all employees

who worked as telephone-dedicated employees for Defendants outside of Illinois during the class period.

3. On April 22, 2015, this Court granted Plaintiff's Unopposed Motion for Approval of the Parties' FLSA Collective Action Settlement, which related to the Section 216(b) FLSA portion of the Settlement (Doc No. 71). On July 1, 2015, this Court granted Plaintiff's Unopposed Motion for Final Approval of the Parties' Class Action Settlement, which related to the Rule 23 portion of the Settlement (Doc No. 77).

4. On June 8, 2015, notice of the Settlement and settlement checks were mailed to the approximately 3,200 FLSA Class Members.

5. During the settlement administration process, the Parties discovered and agreed that an additional 48 individuals should receive settlement payments under the Settlement.[1] The Parties agreed to treat each of the 48 previously unidentified individuals as FLSA Class Members and to issue notice and settlement checks to those individuals. Accordingly, Plaintiff seeks approval of settlements of the claims of the 48 additional individuals on the same terms and conditions of the Settlement Agreement previously approved by the Court. (*See* Doc. No. 63-1). A list of the additional 48 individuals, and the settlement payment amount s/he will receive if this motion is granted, is attached hereto as Exhibit 1.

6. The additional settlements are consistent with the Settlement Agreement, fair, reasonable, and adequate, and should be approved by this Court. Each individual will receive a gross settlement payment in an amount equal to the greater of (i) One Hundred Dollars ($100.00), or (ii) an amount of $2.575 for each week worked as a telephone-dedicated employee for

---

[1] Catamaran is agreeing to issue settlement payments to these individuals without admission that they meet all of the necessary criteria for class membership. In addition, Catamaran also discovered that 4 originally-identified Class Members should receive supplemental settlement payment checks. *See* Exhibit 1.

Defendants during the Class Period. Notice and a settlement payment will be issued directly to the individuals, therefore the individual will not be required to submit a claim form or any other documentation to participate in the settlement and receive his or her settlement payment. Any individual who does not cash his or her individual Settlement Payment will not release any claims against Defendants.

7.  If the Court approves this motion, notice and payments will be issued to the relevant individuals on or before August 14, 2015. A draft approval order is attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order approving the settlements of the additional 48 individuals identified on Exhibit 1 and approving issuance of notice and settlement payments to them, and granting such further relief as this Court deems equitable and just.

> Respectfully submitted,
>
> DAMIEN PARKER, individually and on behalf of a certified class of persons similarly situated,
>
> /s/ James X. Bormes
> One of Plaintiff's Attorneys

| | |
|---|---|
| James X. Bormes | Thomas M. Ryan |
| Catherine P. Sons | Law Office of Thomas M. Ryan, P.C. |
| Law Office of James X. Bormes, P.C. | 35 E. Wacker Drive |
| 8 South Michigan Avenue | Suite 650 |
| Suite 2600 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 726-3400 |
| (312) 201-0575 | |