IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAMIEN PARKER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14 cv 5396 |
| v. | ) ) ) | Hon. Rebecca R. Pallmeyer |
| CATAMARAN, LLC, CATAMARAN PBM OF ILLINOIS II, INC., and AEROTEK, INC., | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## APPROVAL ORDER

THIS MATTER COMING before the Court on Plaintiff's unopposed motion to approve additional settlements, having considered the papers submitted to the Court and proceedings to date, **THE COURT FINDS AS FOLLOWS:**

1. The proposed settlements are within the range of fairness, reasonableness and adequacy and meet the requirements for approval.

**THEREFORE, IT IS HEREBY ORDERED:**

A. The settlements relating to the 48 individuals identified on Exhibit 1 to Plaintiff's motion are approved;

B. The terms and conditions of the Collective and Class Action Settlement Agreement previously approved by the Court (Doc. No. 63-1) shall apply to the 48 individuals;

C. That pursuant to 29 U.S.C. § 201 *et seq.*, the Settlement Agreement is fair, reasonable, and adequate to the 48 individuals, and in their best interests, and in full compliance with all requirements of due process and federal law;

D. The Court approves the Settlement Payments to be made to the 48 individuals;

  E. The Claims Administrator shall mail the FLSA Class Notice and Settlement Payment to the 48 individuals on or before August 14, 2015;

  F. That this Court bars and permanently enjoins each of the 48 individuals who endorse and cash their Settlement Payments from filing or prosecuting any action or proceeding, whether class or individual, against any of the Released Parties for liability based upon the settled claims, upon satisfaction of all payments and obligations hereunder.

DATED: _July 31_, 2015

              _____
              Honorable Rebecca R. Pallmeyer
              United States District Judge